■ In the Matter of Karen Strenkoski, Appellant, v Joshua I. Ramos et al., Respondents. [57 NYS3d 920]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered August 10, 2017 in a proceeding pursuant to Election Law article 16. The order, insofar as appealed

from, denied those parts of the petition seeking to invalidate the designating petitions of respondent Joshua I. Ramos for the office of Wheatfield Town Justice on the Republican, Democratic, and Independence Party ballots.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* 22 NYCRR 1000.3 [b]; 1000.4 [a] [1]). Present—Centra, J.P., NeMoyer, Troutman, Winslow and Scudder, JJ.